George W. GIDDINGS, appellant, v. William DOWNING, respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Thomas GILLERAN, respondent, v. SPRINGFIELD, L. I., CEMETERY SOCIETY, appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Order affirmed, without costs, with leave to plaintiff to serve an amended complaint within ten days after entry of the order of this court, on payment of the costs specified at Special Term. Inasmuch as the facts set forth in the second cause of action attempt to state a joint cause of action in favor of the plaintiff and Jaffe, and as Jaffe is not a party to this action, this court does not pass upon the sufficiency of the facts therein pleaded as constituting a cause of action, and the order below is affirmed, without prejudice to such determination as may be made as to the joint cause of action when the proper parties are before the court. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

James GILLOOLY v. MUTUAL PROFIT REALTY CO. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Application denied, with $10 costs. Order signed.

Frank GIOELI, an inft., etc., v. SWIFT & CO., Inc. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion to dismiss appeal denied. See memo. Order filed.

In the matter of the claim of Eugenie GLATZL, for compensation, respt., v. G. E. M. STUMP, employer, and the Standard Accident Insurance Company, insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Award unanimously affirmed.

Lucy Randall GLEASON, respt., v. Eliot NORTON and one, respts.. Henry Lacy, applt., and other defendants. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Interlocutory judgment modified, so as to adjudge that the appellant Henry Lacy is the owner of an undivided one-fourth interest in the property sought to be partitioned, and as so modified the judgment is affirmed, with costs of this appeal to the appellant. All concur.

Jacob GLOCKNER et al., Respts., v. GREAT EASTERN CASUALTY CO., Applt. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgment modified, by striking out extra allowance, and, as so modified, the judgment and order appealed from are affirmed, without costs. No opinion. Settle order on notice.

Guiseppe GNADAGNA, as admr., etc., applt., v. LEHIGH VALLEY R. R. CO., respt. (Supreme Court, Appellate Division, Fourth Department. May 10, 1916.) Motion granted and appeal dismissed, with costs, including $10 costs of this motion.

William J. GOADE, respt., v. NEW YORK CENTRAL RAILROAD CO., applt. (Supreme Court, Appellate Division, Fourth Department. May 3, 1916.) Appeal dismissed without costs upon stipulation filed.

Florence GOODRICH, respt., v. INTERNATIONAL RAILWAY CO., applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Judgment and order affirmed with costs. All concur.

Jacob GORDON, respt., v. Edward B. BERNSTEIN et al., applts. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment affirmed, with costs. All concur.

Frank GOULD, plff., v. EMPIRE STATE DEGREE OF HONOR, deft. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Appeal dismissed without costs upon stipulation filed.

William M. GRAEBER, Applt., v. Frank G. SWARTWOUT et al., Respts. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Henry L. GRANT, respt., v. Mary PETRIE, impleaded, etc., applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Appeal dismissed without costs upon stipulation filed.

Luther P. GRAVES et al., respts., v. J. Stewart BURNS et al., applts. (Supreme Court, Appellate Division, Fourth Department. May 3, 1916.) Appeal dismissed without costs upon stipulation filed.

George GRAY, Respt., v. CHURCHMAN CO., Impld., etc., Applt. (Supreme Court, Appellate Division, First Department. June 2, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Carmine GRECO, appellant, v. LONG ISLAND RAILROAD COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. May 19, 1916.) Motion granted, and case set down for Wednesday, June 7, 1916.

Elizabeth L. GREENE, as admx., etc., applt., v. DELAWARE, L. & W. R. R. CO., respt. (Supreme Court, Appellate Division, Fourth Department. May 17, 1916.) Judgment affirmed with costs. All concur; Merrell, J., not sitting.

Annie M. GREENE, respondent, v. Mary A. GREENE, appellant, and others, defendants. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Judgment affirmed, with costs. No opinion. Thomas, Carr, Stapleton, Mills, and Rich, JJ., concur.

Catherine A. GREENE, applt., v. INTERNATIONAL RAILWAY CO., respt. (Supreme Court, Appellate Division, Fourth De-